Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FERNANDO SHU YEH, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:12-CV-01658-WBS-CKD <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** |

**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**

The Court has reviewed Plaintiff's request that its attorney be able to appear via telephone at the Court's upcoming Status Conference Hearing scheduled for October 15, 2012 at 2:00 p.m. in this Court. In light of reasonable basis presented by Plaintiff, the Court **GRANTS** this motion. Per the Eastern District of California Local Rules, counsel will be availble during the relevant times at the following phone number: (415) 325-5900. Plaintiff's counsel will be contacted via email about how to participate in the telephone conference call through the court's telephone conferencing service.

IT IS SO ORDERED.

DATED: October 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE