UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

AF HOLDINGS LLC,                              NO. CIV. 2:12-01658 WBS CKD

      Plaintiff,

    v.

FERNANDO SHU YEH,

      Defendant.
_____/

----oo0oo----

      In its status report, plaintiff AF Holdings LLC indicates that the defendant in the above-cited case has not been served.  Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

**No later than October 26, 2012,** plaintiff must therefore serve defendant or show good cause for his failure to serve defendant,

1

1  or the action will be dismissed.

2        The Status (Pretrial Scheduling) Conference set for

3  October 15, 2012, in this matter is hereby continued to **December**

4  **10, 2012, at 2:00 p.m.**  Assuming plaintiff serves defendant, the

5  parties shall submit a joint status report no later than November

6  26, 2012.

7        IT IS SO ORDERED.

8  DATED: October 10, 2012

9

10  _____
    WILLIAM B. SHUBB
11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2