## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10/13/2012 |
|---|---|
| NAME OF SERVER *(PRINT)* DAVID LABRADO, JR. | TITLE REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 747 STILL BREEZE WAY, SACRAMENTO, CA 95831.

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: FERNANDO SHU YEH

☐ Returned unexecuted: _____

_____

☐ Other (specify) : _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 50.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/16/2012
Date

Signature of Server

1754 36TH STREET, SACRAMENTO, CA 95816
Address of Server